Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
                            FILED         LODGED
                            RECEIVED      COPY

                              JUL 15 2024
                          CLERK U S DISTRICT COURT
                            DISTRICT OF ARIZONA
                          BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Phoenix Division

| | |
|---|---|
| Carrie Lynne Thompson | Case No. **CV24-01733-PHX-JJT** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Jury Trial:    Yes   X   No *(check one)* |
| Westwind School of Aeronautics Phoenix d.b.a. United Aviate Academy; United Airlines, Inc. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Carrie Lynne Thompson |
| Street Address | 770 Pineda Ave NE |
| City and County | Palm Bay, Brevard |
| State and Zip Code | FL, 32907 |
| Telephone Number | (501) 590-4493 |
| E-mail Address | carrieL313@sbcglobal.net |

### B. The Defendant(s)

**Defendant No. 1**

| | |
|---|---|
| Name | Westwind School of Aeronautics Phoenix d.b.a. United Aviate Academy |
| Street Address | 1658 South Litchfield Road, #104 |
| City and County | Goodyear, Maricopa |
| State and Zip Code | AZ, 85338 |
| Telephone Number | (480) 333-2388 |

**Defendant No. 2**

| | |
|---|---|
| Name | United Airlines, Inc. |
| Street Address | 233 South Wacker Drive |
| City and County | Chicago, Cook |
| State and Zip Code | IL, 60606 |
| Telephone Number | (800) 864-8331 |

## II. Basis for Jurisdiction

What is the basis for federal court jurisdiction? *(check all that apply)*

　　Federal question　　　　　　　X　　Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 §§ Restatement (Second) of Contracts § 90 (Promissory Estoppel/Detrimental Reliance), U.S. Code § 45b (Consumer Review Protection), 41 U.S. Code § 6503 (Breach or violation of required contract terms), Section 43(a) of the Lanham Act (falsely advertising), and NIED (Negligent Infliction of Emotional Distress).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Carrie Lynne Thompson, is a citizen of the State of *(name)* Florida.

2. The Defendant(s)

    a. If the defendant is a corporation

    The defendant, *(name)* Westwind School of Aeronautics Phoenix d.b.a. United Aviate Academy, is incorporated under the laws of the State of *(name)* Arizona, and has its principal place of business in the State of Arizona

    b. If the defendant is a corporation

    The defendant, *(name)* United Airlines, Inc., is incorporated under the laws of the State of *(name)* Deleware, and has its principal place of business in the State of Illinois.

3. The Amount in Controversy

    $500,000.00. The losses I incurred were many. I was charged $49,300 by the academy for lincensig and living expenses. I lost approxiamately $100,000 in my year off work to attend the academy. I purchased a car for approximately $25,000 to live in Arizona. I paid a number of other expenses for FAA testing, medical expenses, and moving expenses. Further, I disposed of all of my household belongings totaling in the thousands of dollars to relocate.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III.     Statement of Claim

I attended United Aviate Academy beginning October 3, 2022. This Academy, wholly owned by United Airlines, advertises students may complete all FAA ratings to become a professional pilot in 12 months. The claim is made in a number of places, including but not limited to: The Academy's marketing materials, marketing materials by United Airlines (billboards, commercials, print advertisements in various places, and numerous online references), the Leave of Absence agreement I signed with United as an employee on leave to attend the program, the Student Agreement between myself and the academy, Press Releases issued by United Airlines, the internal website for United employees who wish to attend the Academy, and the Course Catalog provided to students. The claim was further made countless times in various verbal instances, such as an information session the recruitment team held for United employees interested in joining the program, the student orientation I attended in August 2022, by various speakers during the onboarding process when I began the school October 3, 2022, and on numerous other occasions and in student wide meetings held by the administration. Despite the known lags in training times, instructor shortages, mechanical issues, and lack of DPE availability, both the Academy and United Airlines continued to falsely advertise the 12 month timeframe for completion, as well as the low student to instructor ratio and flight frequency.

Due to the allegedly heavy course load, students are unable to work while attending the academy, as required in the Student Agreement. I used funds from a Sally Mae student loan and savings to attend this "accelerated" program, with the belief they would provide the services offered and I could complete my ratings in the timeframe advertised, if not soon thereafter. In order to complete the necessary ratings in the timeframe advertised, students are expected to Perform 5 'flight activities' per week, and have

an student/instructor ratio of 3 or 4 to 1. These claims were made by both the Academy and representatives for United Airlines in an attempt to recruit students. The ratio for all 6 instructors I had during my time at the Academy was double that if not more. The greater number of students than claimed makes it impossible to complete 5 flight activities per week, as instructors are limited to a certain number of flight hours per day as per FAA standards. United has declined to specifically address these setbacks. Unfortunately, I no longer have access to the emails, as every single Aviate Academy staff member referenced herein has separated from the Academy and the correspondence has been deleted from the server. I had numerous conversations with Jan Panagos regarding the slow pace I suffered further setbacks in my training due to the frequent change in instructors. Each time I changed, there was a lag between flights and extra flights taken that did not count toward my lesson plans. I performed 5 flight activities twice during my time at the Academy, one of those being during my initial SIM lessons and the second in November 2022. With the infrequency of flights and the numerous changes in instructor, it took me 9 months to receive my Private Pilot's License, which was, according to the marketing materials, Student Agreement, website for the Academy, and Course Catalog provided by both the Academy and United Airlines, supposed to take two.

I passed my checkride in June of 2022, at which time I was forced to resign to return to work. Given the Academy's inability to provide adequate instruction, as well as numerous other setbacks on their end, such as failure to secure FAA DPE (checkride examiners) to attempt checkrides in a timely manner, frequent mechanical issues with the limited number of aircraft available, it was not possible to complete the program in anywhere near the timeframe offered by the Academy.

United has declined to specifically address these setbacks. Unfortunately, I no longer have access to the emails, as every single Aviate Academy staff member referenced herein has separated from

the Academy and the correspondence has been deleted from the server. had numerous conversations with Jan Panagos regarding the slow pace I suffered further setbacks in my training due to the frequent change in instructors. Each time I changed, there was a lag between flights and extra flights taken that did not count toward my lesson plans. I performed 5 flight activities twice during my time at the Academy, one of those being during my initial SIM lessons and the second in November 2022. With the infrequency of flights and the numerous changes in instructor, it took me 9 months to receive my Private Pilot's License, which was, according to the marketing materials, Student Agreement, website for the Academy, and Course Catalog provided by both the Academy and United Airlines, supposed to take two.

I passed my checkride in June of 2022, at which time I was forced to resign to return to work. Given the Academy's inability to provide adequate instruction, as well as numerous other setbacks on their end, such as failure to secure FAA DPE (checkride examiners) to attempt checkrides in a timely manner, frequent mechanical issues with the limited number of aircraft available, it was not possible to complete the program in anywhere near the timeframe offered by the Academy.

This is not a problem that is unique to me, but is an issue for every student attending. No student who began with 0 flight hours from my class finished in fewer than 18 months. This is standard at the Academy, despite the alleged 12 month time frame. The Academy has repeatedly acknowledged their shortcomings, but used excuses for such as (to paraphrase) "Bear with us, we're a new school and working out the kinks." and "We know it's taking longer than expected, so you can take out an additional loan to cover your living costs." These excuses were made in various settings including student wide meetings held with administration and in email correspondence. United has declined to specifically address these setbacks. Unfortunately, I no longer have access to the emails, as every single Aviate Academy staff member referenced herein has separated from the Academy and the correspondence has

been deleted from the server. I had numerous conversations with Jan Panagos regarding the slow pace of my training program and that I would not be able to complete it in its entirety as it would take much longer than expected.

I was invited to continue training with the Aviate Program following competition of my PPL. I requested to return to work and keep my place at the Academy, as I flew approximately twice a week (averaging 14.5 flight hours per month rather than the advertised 10 hours per week) and had ample time to work, and was denied. I resigned from the Academy in July 2023 due to the lack of consistent training and inability to fund the much longer than expected timeframe without work. Though the Leave of Absence from United stipulates a cadet may continue to work, the Flight Operations Manual stipulates it may only be with consent. Dana Donati refused to consent to me returning to United as a Flight Attendant and maintain my place at the Academy.

I spoke with Dana Donati, then CEO of Aviate Academy, who communicated to Pamela Williams that my final bill would be held pending a request to United Airlines legal department to waive part of my fees, as my departure was due to the Academy not providing services promised. On July 12, 2023, I tendered my Letter of Resignation to Dana Donati and Pamela Williams by hand delivery. I copied several members of United management via email, including Scott Kirby, CEO; Kate Gebo, Executive VP of HR; and Michael Bonner, Managing Director of Aviate & Pilot Strategy) indicating the request for fee waiver was pending. I received no word from the Academy or United, which was supposed to have been received within 90 days of departure. After the 90 day period, I was forced to contact the Academy to request resolution as they again violated their contract by not providing a final bill in a timely manner. A bill was ultimately sent by Pamela Wlliams (after my request), who supposedly didn't recall any conversation was supposed to have taken place with Untied's legal department.

Though the agreement with Aviate Academy may stipulate that I pursue resolution through mediation in academic matters, I have no such agreement with United Airlines for their part in the false and misleading advertising the perpetuated for months. I am not filing this complaint on academic grounds, but through the statutes listed at the beginning of my complaint. On May 29, 2024, the Accrediting Commission of Career Schools and Colleges (ACCSC) issued a Warning Action to Aviate Academy, in part for the complaints I have listed herein, including addressing student needs to continue education, having a "fair and equitable" refund policy, prove that current marketing and promotional materials are not false and misleading, and members of management are consistent and maintained. The academic community is well aware of the Academy's shortcomings and has demanded corrective action. While this is great news for students going forward, in in no way provides recompense for the severe time and financial losses I have incurred as a result of the actions of the Academy or United Airlines.

The FAA mandatory retirement age for professional pilots is 65. I am a 45 year old woman who attended this academy in good faith, with the understanding this accelerated program would allow me to recompense the high cost of the program in a reasonable time. I lost approximately $100,000 in income in my time off of work. My final bill from the academy was in excess of $49,000. I bought a car to move to Arizona for roughly $25,000. I disposed of all of my household belongings as my housing situation in Arizona was furnished. I've incurred a number of ancillary expenses from moving to training materials to healthcare. The losses I have incurred due to the Academy's inability to provide the level of training promised by both the Academy and United Airlines has been a disastrous financial setback for me. At a time of life when I should have an eye on retirement, I am instead starting over. I am currently forced to rely on the kindness of friends and family to survive, attempting to pay off the debt incurred wholly as a result of the mismanagement and dishonest claims made by Aviate Academy and United

Airlines. I will not be able to resume my previous standard of living for years after the expenses I've incurred and damages made on part of the Academy and United, and the earnings potential they promised will never be realized.

## IV.     Relief

I am asking $500,000 to be made whole, as well as any punitive and/or reliance damages the court sees fit, as well as all court costs incurred in this matter. I've filed this claim now as I've given up my dream of becoming a pilot. Until now, the possibility of retaliation prevented me from taking action. There is no way for me to accomplish my dream now, with the debt I'm repaying for a recreational pilot's license. The losses in potential income had I been able to complete this program and go on to working as an airline pilot are vast, with the average salary for a pilot being significantly higher than my current wages per year and I had an expected career span of 15 years after all training and time building were complete.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/26/24

Signature of Plaintiff

Printed Name of Plaintiff     Carrie Lynne Thompson