Carrie L. Thompson
770 Pineda Ave. NE
Palm Bay, FL 32907
(501) 590-4493
carrieL313@sbcglobal.net
*Pro se Plaintiff*

# UNITED STATES DISTRICT COURT
District of Arizona
Phoenix Division

| | |
|---|---|
| Carrie Lynne Thompson, *Plaintiff* | Case No. 2:24-cv-01733-PHX-JJT |
| v. | **AMENDED COMPLAINT** |
| United Airlines, Inc., *Defendant* | |

    I attended United Aviate Academy beginning October 3, 2022. This Academy, wholly owned by United Airlines, advertises students may complete all FAA ratings to become a professional pilot in 12 months. The claim is made in a number of places, including but not limited to: The Academy's marketing materials, marketing materials by United Airlines (billboards, commercials, print advertisements in various places, and numerous online references), the Leave of Absence agreement I signed with United as an employee on leave to attend the program, the Student Agreement between myself and the academy, Press Releases issued by United Airlines, the internal website for United employees who wish to attend the Academy, and the Course Catalog provided to students. The claim was further made countless

times in various verbal instances, such as an information session the recruitment team held for United employees interested in joining the program, the student orientation I attended in August 2022, by various speakers during the onboarding process when I began the school October 3, 2022, and on numerous other occasions and in student wide meetings held by the Academy administration. Despite the known lags in training times, instructor shortages, mechanical issues, and lack of DPE availability, United Airlines continued to falsely advertise the 12 month timeframe for completion, as well as the low student to instructor ratio and flight frequency.

      Students were provided with the following timeframe for rating completion:

```
Private pilot training - 2 months
Instrument rating - 2 months
Commercial SE initial - 3 months
Commercial ME add-on - 1 month
Certified Flight Instructor - 2 months
Certified Flight Instructor (instrument) - 1 month
Multi engine flight instructor - 1 month
```

      Due to the allegedly heavy course load, students are unable to work while attending the academy, as required in the Student Agreement. I used funds from a Sally Mae student loan and savings to attend this "accelerated" program, with the belief they would provide the services offered and I could complete my ratings in the timeframe advertised, if not soon thereafter. In order to complete the necessary ratings in the timeframe advertised, students are expected to Perform 5 'flight activities' per week, and have a student/instructor ratio of 3 or 4 to 1. These claims were made by both the Academy and representatives for United Airlines in an attempt to recruit students. The ratio for all 6 instructors I had during my time at the Academy was double

that if not more. The greater number of students than claimed makes it impossible to complete 5 flight activities per week, as instructors are limited to a certain number of flight hours per day as per FAA standards. United has declined to specifically address these setbacks, but continued to advertise the accelerated timeline. Unfortunately, I no longer have access to many of the emails, as every single Aviate Academy staff member referenced herein has separated from the Academy and the correspondence has been deleted from the server. I had numerous conversations with Jan Panagos regarding the slow pace I suffered further setbacks in my training due to the frequent change in instructors. Each time I changed, there was a lag between flights and extra flights taken that did not count toward my lesson plans. I performed 5 flight activities twice during my time at the Academy, one of those being during my initial SIM lessons and the second in November 2022. With the infrequency of flights and the numerous changes in instructor, it took me 9 months to receive my Private Pilot's License, which was, according to the marketing materials, Student Agreement, website for the Academy, and Course Catalog provided by both the Academy and United Airlines, supposed to take two.

    I passed my checkride in June of 2022, at which time I was forced to resign to return to work. Given the Academy's inability to provide adequate instruction, as well as numerous other setbacks on their end, such as failure to secure FAA DPE (checkride examiners) to attempt checkrides in a timely manner, frequent mechanical issues with the limited number of aircraft available, it was not possible to complete the program in anywhere near the timeframe offered by the Academy.

    This is not a problem that is unique to me, but is an issue for every student attending. No

student who began with 0 flight hours from my class finished in fewer than 18 months. This is standard at the Academy, despite the alleged 12 month time frame. The Academy repeatedly acknowledged their shortcomings internally, but used excuses for such as (to paraphrase) "Bear with us, we're a new school and working out the kinks." and "We know it's taking longer than expected, so you can take out an additional loan to cover your living costs." These excuses were made in various settings including student wide meetings held with administration and in email correspondence. United has declined to specifically address these setbacks at any time. Scott Kirby, United Airlines CEO, spoke at the first graduation ceremony on January 25, 2023. Of the "graduating class," I believe only 1 student had actually finished all of their ratings. The ceremony was purely for show. Further, it is my understanding that only 3 students were able to complete the program in the 12 month timeframe given by the Academy and United Airlines.

     I was invited to continue training with the Aviate Program following competition of my PPL. I requested to return to work and keep my place at the Academy, as I flew approximately twice a week (averaging 14.5 flight hours per month rather than the advertised 10 hours per week) and had ample time to work, and was denied. I resigned from the Academy in July 2023 due to the lack of consistent training and inability to fund the much longer than expected timeframe without work. Though the Leave of Absence from United stipulates a cadet may continue to work, the Flight Operations Manual stipulates it may only be with consent. Dana Donati refused to consent to me returning to United as a Flight Attendant and maintain my place at the Academy. I requested the return prior to my official withdrawal from the Academy.

Because of a failure on the part of United, it took 4 months for me to return to work after my separation from the Academy.

I spoke with Dana Donati, then CEO of Aviate Academy, who communicated to Pamela Williams that my final bill would be held pending a request to United Airlines legal department to waive part of my fees, as my departure was due to the Academy not providing services promised. On July 12, 2023, I tendered my Letter of Resignation to Dana Donati and Pamela Williams by hand delivery. I copied several members of United management via email, including Scott Kirby, CEO; Kate Gebo, Executive VP of HR; and Michael Bonner, Managing Director of Aviate & Pilot Strategy) indicating the request for fee waiver was pending. I received no word from the Academy or United, which was supposed to have been received within 90 days of departure. After the 90 day period, I was forced to contact the Academy to request resolution as they again violated their contract by not providing a final bill in a timely manner. A bill was ultimately sent by Pamela Williams (after my request), who supposedly didn't recall any conversation was supposed to have taken place with Untied's legal department.

On May 29, 2024, the Accrediting Commission of Career Schools and Colleges (ACCSC) issued a Warning Action to Aviate Academy, in part for the complaints I have listed herein, including addressing student needs to continue education, having a "fair and equitable" refund policy, prove that current marketing and promotional materials are not false and misleading, and members of management are consistent and maintained. The academic community is well aware of the Academy's shortcomings and has demanded corrective action. The Academy since "voluntarily" ceded their accreditation before it could be revoked by the board.

The FAA mandatory retirement age for professional pilots is 65. I am a 46 year old woman who attended this academy in good faith, with the understanding this accelerated program would allow me to recompense the high cost of the program in a reasonable time. I lost approximately $100,000 in income in my time off of work. My final bill from the academy was in excess of $49,000. I bought a car to move to Arizona for roughly $25,000. I disposed of all of my household belongings as my housing situation in Arizona was furnished. I've incurred a number of ancillary expenses from moving to training materials to healthcare. The losses I have incurred due to the Academy's inability to provide the level of training promised by both the Academy and United Airlines has been a disastrous financial setback for me. At a time of life when I should have an eye on retirement, I am instead starting over. I am currently forced to rely on the kindness of friends and family to survive, attempting to pay off the debt incurred wholly as a result of the mismanagement and dishonest claims made by Aviate Academy and United Airlines. I will not be able to resume my previous standard of living for years after the expenses I've incurred and damages made on part of the Academy and United, and the earnings potential they promised will never be realized.

Plaintiff hereby alleges defendant United Airlines is in violation of the Arizona Consumer Fraud Act, Promissory Estoppel/Detrimental Reliance, False Advertisement, and have caused Plaintiff emotional distress.

**Relief**

I am asking $500,000 to be made whole, as well as any punitive and/or reliance damages the court sees fit, as well as all court costs incurred in this matter. I've filed this claim now as I've given up my dream of becoming a pilot. Until now, the possibility of retaliation prevented

me from taking action. There is no way for me to accomplish my dream now, with the debt I'm repaying for a recreational pilot's license. The losses in potential income had I been able to complete this program and go on to working as an airline pilot are vast, with the average salary for a pilot being significantly higher than my current wages per year and I had an expected career span of 15 years after all training and time building were complete.

Dated April 12, 2025

s/*Carrie L. Thompson*
Carrie L. Thompson
*Pro se Plaintiff*

I hereby certify that I electronically
transmitted the attached document to the
Clerk's Office using the CM/ECF System
for filing and transmittal of a Notice of
Electronic Filing to the following
CM/ECF registrants, and e-mail
to the following if non-registrants
this 28th day of October, 2024:

Amanda M. Browder, Bar No. 030687
abrowder@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600